FILED
2006 Feb-22 PM 12:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO91 (Rev. 5/93 N.D. ALA.) Criminal Complaint

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ALABAMA

**CRIMINAL COMPLAINT**

UNITED STATES OF AMERICA

v.

SHMUEL ZEV JURAVEL

CASE NUMBER:

**MAG 06   026**

I, Jeffrey L. Arney, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on about or about January 31, 2006 continuing to on or about or February 19, 2006, in Jefferson County, in the Northern District of Alabama, and elsewhere, the defendant did knowingly use the United States Mail and any facility and means of interstate or foreign commerce, to attempt to persuade, induce, and entice any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18 United State Code, Section 2422(b), and on or about February 21, 2006, in Jefferson County, within the Northern District of Alabama, and elsewhere, did knowingly travel in interstate commerce from the State of Georgia to the State of Alabama for the purpose of attempting to engage in illicit sexual conduct with another person, in violation of Title 18, United States Code, Sections 2423(b) and (e). I further state that I am a United States Postal Inspector, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT INCORPORATED BY REFERENCE

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 22, 2006      at      Birmingham, Alabama
Date                                              City and State

MICHAEL T. PUTNAM
United States Magistrate Judge        _____
Name and Title of Judicial Officer          Signature of Judicial Officer

## AFFIDAVIT

I, Jeffrey L. Arney, being first duly sworn, hereby depose and state as follows:

1.  I, Jeffrey L. Arney, am an Inspector with the United States Postal Inspection Service assigned to the Atlanta Division, domiciled in Birmingham, Alabama. I have been so employed since August, 2004. Prior to my appointment as a Postal Inspector, I was employed as a detective with the Greensboro (NC) Police Department for over thirteen years. During a part of my tenure with the Greensboro (NC) Police Department, I was assigned to the Child Victim Unit and was responsible for the investigation of physical child abuse, child neglect and the sexual exploitation of children.

2.  As a United States Postal Inspector, I am currently responsible for the investigation of Federal offenses involving the alleged use of the United States Mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so in violation of Title 18 US Code, Section 2422. I have received training in how to conduct investigations of offenses relating to child pornography and the sexual exploitation of minors, as well as specialized instruction on how to conduct investigations of offenses relating to child sexual exploitation and child pornography that involve use of the United States Mails and the use of computers in interstate commerce. The specialized training I have received also includes various courses on the recovery of digital evidence located on computers and other similar electronic data storage devices, the exploitation of children involving the use of the Internet, and the behavioral analysis on the child sex offender.

3.  I have probable cause to believe that a violation of Title 18, United States Code, Section 2422(b) involving the use of the United States Mail or any facility or means of interstate or foreign commerce, including a computer, to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or an attempt to do so, and Title 18, United States Code, Sections 2423(b) and (e), travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person, or attempt to do so, have been violated by Shmuel Zev Juravel.

4.  On January 30, 2006, an undercover advertisement for "rare" and "hard to find" escort services and videos was placed on an Internet website entitled "Craigslist.org."[1]

5.  On January 31, 2006, an individual identified as "T J", with an email address of wtgl1234@yahoo.com, responded to the advertisement, through a provided email link, stating an interest in an escort, and specifically stated the following:

"I was wondering if there is an ability to get a young girl."

6.  On February 1, 2006, a response was sent by an undercover officer to the email address of wtgl1234@yahoo.com requesting clarification on the "age range" desired.

7.  On February 1, 2006, the following email message was received to an undercover email account from wtgl1234@yahoo.com:

---

[1] Craigslist.org is a centralized network of online urban communities, featuring free classified advertisements (with jobs, housing, personals, for sale/barter/wanted, services, community, gigs and resumes categories) and communication forums sorted by various topics.

1

> "younger the better, low to mid teens. Also, do you have boys? What videos do you have?"

8. On February 1, 2006, another email was sent by an undercover officer to the email address of wtgl1234@yahoo.com requesting additional clarification on the ages, genders, and "services" desired for the escort.

9. On February 1, 2006, the following email message was received to an undercover email account from wtgl1234@yahoo.com:

> "My preference is a boy 11-14 young looking. I am looking for j/o porn. No full service or anything like that. Let me know the details of the available payment arrangements. Like you, I want to be discrete and safe. By the way, If you have any DVD's with that type of person I would be interested also in purchasing."
>
> "Thanks"

10. On February 2, 2006, another email message was received to an undercover email account from wtgl1234@yahoo.com with the following message:

> "I haven't heard back from you. Are you able to provide what I asked?"

11. On February 2, 2006, a list of purportedly available minor male children was sent, via email, to wtgl1234@yahoo.com. The list consisted of three minor male children from 11 to 14 years of age, with physical descriptions. Also, instructions to physically cut in half the currency used for the escort services as a partial payment and sending the payment to a post office box were provided.

12. On February 2, 2006, the following email was received to an undercover email account from wtgl1234@yahoo.com:

> "That sounds god but I am extremely interested in Colby (*the purported 11-year-old*) and/or Justin (*the purported 12-year-old*). I would love to schedule as soon as possible. What city are you in? or where do you want to set this up?"

13. On February 3, 2006, an email was sent to wtgl1234@yahoo.com confirming his choice of the purported 12-year-old. The email also provided a price quote of $300.00 for the "date" with the 12-year-old or $400.00 for more than one minor male child from the list.

14. On February 3, 2006, the following email was received to an undercover email account from wtgl1234@yahoo.com:

> "Yes that sounds reasonable to me. Send me the box number and i'll send in the money. I can arrange to come into Birmingham when it is convenient so tell me when to arrange it."

15. On February 3, 2006, an email was sent to wtgl1234@yahoo.com, providing an undercover post office box number for delivery of the partial payment for the escort services. An attempt to clarify which "escort" was desired was included.

16. On February 4, 2006, the following email was received to an undercover email account from wtgl1234@yahoo.com:

2

> "I think i want to try Justin (*the purported 12-year-old*) and take it from there. I will mail you the cut bills. I have to make arrangements to come into Birmingham but i am thinking a midweek in the next couple of weeks. What days are better. Also, i have never done this before and i just want to make sure you are not affiliated with any law enforcement agency?"

17. By viewing information in the header of various emails received from wtgl1234@yahoo.com between January 31, 2006 and February 5, 2006, the user of this email address was determined to be connected to the Internet through an Internet Protocol (IP) Address of 68.51.172.46. Using this numeric IP Address, the Internet Service Provider (ISP) used by wtgl1234@yahoo.com was identified as Comcast Corporation. Comcast Corporation provides service to subscribers for the purposes of connection to the Internet and its capabilities, such as the use of email programs.

18. On February 7, 2006, Federal Bureau of Investigation Special Agent Cynthia Carreiro obtained and served an administrative subpoena for any and all subscriber information in the possession of Comcast Corporation for subscriber information regarding the user of the IP address of 68.51.172.46 between January 31, 2006 and February 5, 2006.

19. Upon service of the Subpoena on Comcast Corporation, subscriber using the IP Address of 68.51.172.46 between January 31, 2006 and February 5, 2006 was identified as Sam Juravel, 203 Groveland Circle, Savannah, GA 31405, with telephone number of (912) 691-1213, account number 09579-132014-03. According to the information received from Comcast IP Services, LLC, a division of Comcast Corporation, Juravel is receiving "Residential High Speed Internet Service" at the address of ███████████████████████████

20. Additional queries performed on various law enforcement and public databases provided the following information for the identified subscriber:

| | |
|---|---|
| Full Name: | Shmuel/Samuel Zev Juravel |
| Date of Birth: |  |
| Social Security Number: | |
| Address: | |
| Telephone: | |

21. On February 10, 2006, an envelope, postmarked on February 8, 2006 in Savannah, GA, was delivered through the US Mail to an undercover post office box in Birmingham, AL. The envelope contained a piece of plain white paper, folded around three halves of three one hundred dollar bills, as per the instructions provided to wtgl1234@yahoo.com in previous emails. On the folded piece of plain white paper was the following:

"T J. FOR JUSTIN"

22. After several emails were exchanged between the undercover officer and the individual using the email address of wtgl1234@yahoo.com, an email was sent to wtgl1234@yahoo.com on February 13, 2006, scheduling the meeting with the purported 11- and 12-year-old minor males for February 21, 2006 at 4:00 PM Central Standard Time. Additional email correspondence between the undercover officer and the individual using the email address of wtgl1234@yahoo.com continued,a nd instructions were provided on how the meeting at the arranged location would occur.

23. On February 14, 2006, the following email was received to an undercover email account from wtgl1234@yahoo.com:

3

"You can email it on Sunday or Monday. I don't yet know what my plan is for the time spent because i am new to this experience but i am do know that i would like to fool around with him probably pretty amateur stuff. I do have a request, is it possible to have Colby (*the purported 11-year-old*) on standby if i find Justin not to m liking? or I would consider adding him with me for the other 100 we talked about when you quoted me. I don't want to be disappointed."

"Also, can you give me a little idea about their experience in this lifestyle. I am eagerly looking forward to this but i want it to be enjoyable for both me and him or them."

"Thanks"

24. On February 17, 2006, Postal Inspector H. Wayne Martin contacted the ▓▓▓▓ ▓▓▓▓▓▓▓ and confirmed that Shmuel/Samuel Zev Juravel receives mail at ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

25. On the afternoon of February 21, 2006, Shmuel/Samuel Zev Juravel traveled from the vicinity of ▓▓▓▓▓, ▓▓▓▓▓ to a motel in Birmingham, Alabama to engage in sexual intercourse with 11-year-old "Colby" and 12-year-old "Justin." Upon his arrival at the hotel, he was advised of his Miranda rights and admitted to traveling to Birmingham, AL for the purpose of engaging in sexual intercourse with both minor male children. Upon meeting with the undercover officer in the motel room, Juravel provided the other half of the U. S. Currency, and an additional $100, referred to above in this affidavit. Based upon the information above, I have probable cause to believe that violations of Title 18, United States Code, Section 2422(b), involving the use of the U. S. Mails or any facility or means of interstate or foreign commerce, including a computer, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offence, or attempt to do so, and Title 18, United State Code, Sections 2423 (b) and (e), interstate travel for the purpose of engaging in any illicit sexual conduct with another person, have been committed.

Jeffrey L. Arney
United States Postal Inspector

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 22ND DAY OF FEBRUARY 2006.

United States Magistrate Judge
Northern District of Alabama

4