FILED
2006 Jul-31  AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

United States District Court
Northern District of Alabama
Southern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| vs. | ] |
| | ] 06-CR-126-LSC-JEO |
| SHMUEL ZEV JURAVEL, | ] |
| | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable John E. Ott, United States Magistrate Judge [Doc. 28] entered the 7th day of June, 2006, the objections to the Report and Recommendation made by Defendant [Doc. #30], and the transcript of the hearing held on Defendant's Motion to Suppress.  This court has made a *de novo* determination of those findings and portions objected to by Defendant as well as all other issues addressed in the Report and Recommendation.

It is Ordered that the Report and Recommendation of the Honorable John E. Ott, United States Magistrate Judge [Doc. 28] entered the 7th day

of June, 2006, be and hereby is accepted as entered.  This court adopts the Report and Recommendation as the Order of this court as if the same were set forth at this point *in extenso*.  The objections made by Defendant are overruled.

Done this 31st day of July 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE